IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| GLEN H. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:10cv1042-MHT |
| | ) | (WO) |
| JACOB RYAN CAGLE, STEVE | ) | |
| MICHAEL CAGLE, and KAY | ) | |
| NIXON CAGLE, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the pro tanto stipulation of dismissal (Doc. No. 12), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Steve Michael Cagle and Kay Nixon Cagle and the claims against them are dismissed without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of August, 2011.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**