IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| GLEN H. WARD,                ) | |
|     Plaintiff,           ) | |
|                              ) | CIVIL ACTION NO. |
|     v.                      ) | 3:10cv1042-MHT |
|                              ) | (WO) |
| JACOB RYAN CAGLE, STEVE      ) | |
| MICHAEL CAGLE, and KAY       ) | |
| NIXON CAGLE,                 ) | |
|     Defendants.           ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. No. 18), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of August, 2011.

                                        /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE